# United States District Court

WESTERN DISTRICT OF WASHINGTON

STEPHANIE D. DYE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5075RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 20); and

The administrative decision is **AFFIRMED**.

_____March 23, 2011_____
Date

_____BRUCE RIFKIN_____
Clerk

_____s/CM Gonzalez_____
Deputy Clerk